IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| SOPHIA JOHNSTON | ) | |
| | ) | Case No. 3:23-cv-00921 |
| v. | ) | Judge Richardson |
| | ) | Magistrate Judge Holmes |
| RUTHERFORD COUNTY, | ) | |
| TENNESSEE *et al.* | ) | |

**FIRST MODIFIED CASE MANAGEMENT ORDER**

Pending before the Court is the parties' joint motion to extend certain case management deadlines (Docket No. 37), which, for the reasons requested, is **GRANTED**. The case management schedule and plan is modified as follows:

1. MOTIONS TO AMEND OR ADD PARTIES. The deadline for any party to file a motion to amend or add parties is extended from April 5, 2024 to **May 3, 2024**. All other provisions for motions to amend or add parties remain unchanged.

2. OTHER CASE MANAGEMENT DEADLINES AND PROVISIONS. All other case management deadlines and provisions found in prior orders and not modified herein remain in full force and effect.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge